WRIGLEY *v.* THE BIBB REAL ESTATE & IMPROVEMENT CO.

*Simmons, C. J.*—The assignments of error set forth in the bill of
exceptions are without merit, and the judgment in the plain-
tiff's favor rendered by the trial judge without the interven·
tion of a jury was correct.          *Judgment affirmed.*

July 29, 1895.  By two Justices.

Complaint on notes.  Before Judge Ross.  City court
of Macon.  September term, 1894.

*H. F. Strohecker* and *M. G. Bayne*, for plaintiff in error.
*John R. L. Smith*, contra.